The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH DAVID WEST and ROBERT TAYLOR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00694-RSM<br><br>**NOTICE OF PENDENCY OF OTHER ACTION** |



1   Pursuant to LCR 3(h), Plaintiffs hereby submit this notice of a pending, related case in
2   the District of Columbia. The related case is *District of Columbia v. Amazon.com, Inc.*, No. 2021
3   CA 001775 B, Superior Court of the District of Columbia, Civil Division ("*District of Columbia*
4   *Action*"), attached hereto as Exhibit A.

5   The *District of Columbia Action* is a sovereign enforcement action by the Attorney
6   General of the District of Columbia against Amazon for violations of the District of Columbia
7   Antitrust Act, D.C. Code e §§ 28-4501, *et seq*. The *District of Columbia Action* alleges that
8   Amazon restrains third-party sellers from selling their products on any other online retail sales
9   platform— including third-party sellers' own platforms—at prices lower, or on better terms, than
10  they offer their products on Amazon's online retail sales platform, and that this conduct causes
11  prices to consumers across the online retail sales market to be higher than they would be
12  otherwise.

13  While the factual allegations in the *District of Columbia Action* are nearly identical to
14  those in this action, it is a state action, arising under state law and not subject to a transfer of
15  venue within the federal court system. Plaintiffs are therefore unaware of any procedure that
16  would permit coordination between the actions.

17  DATED: June 1, 2021                     Respectfully submitted,

18                                          HAGENS BERMAN SOBOL SHAPIRO LLP

19                                          By:    */s/Steve W. Berman*
                                                   Steve W. Berman, WSBA #12536
20                                          By:    */s/ Barbara A. Mahoney*
21                                                 Barbara A. Mahoney, WSBA #31845
                                            1301 Second Avenue, Suite 2000
22                                          Seattle, WA 98101
                                            Telephone: (206) 623-7292
23                                          Facsimile: (206) 623-0594
                                            steve@hbsslaw.com
24                                          barbaram@hbsslaw.com

25

26

27

28

NOTICE OF PENDENCY OF OTHER ACTION - 1
Case No. 2:21-cv-00694-RSM



KELLER ROHRBACK L.L.P.

By:   */s/ Derek W. Loeser*
 Derek W. Loeser, WSBA No. 24274
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail:  Dloeser@kellerrohrback.com

Zina Bash (pro hac vice pending)
KELLER LENKNER LLC
501 Congress Avenue, Suite 150
Austin, TX, 78701
Telephone: (512) 620-8375
zina.bash@kellerlenkner.com

Warren D. Postman (pro hac vice pending)
Albert Y. Pak (pro hac vice)
KELLER LENKNER LLC
1300 I Street N.W., Suite 400E
Washington DC, 20005
Telephone: (202) 749-8334
wdp@kellerlenkner.com
albert.pak@kellerlenkner.com

*Attorneys for Plaintiffs and the Proposed Class*

NOTICE OF PENDENCY OF OTHER ACTION - 2
Case No. 2:21-cv-00694-RSM


1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292 206.623.0594 FAX